UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:                                         CHAPTER 13
    ROSE L. CALDERON           BANKRUPTCY NO. 18-90280

    Debtor

## MOTION TO TERMINATE §1301 CODEBTOR STAY

Comes the movant, Ally Financial Inc., a creditor herein, by counsel, and for its Motion to Terminate §1301 Codebtor Stay, states as follows:

1. This contested matter relates to Bankruptcy Petition No. 18-90280 in the Bankruptcy Court of the Southern District of Indiana, New Albany Division, which Petition is a Chapter 13 proceeding, with the Debtor(s) being Rose L. Calderon.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, and 11 U.S.C. §1301.

3. This Motion is made in conformity with Rule 9014.

4. The Debtor(s), being Rose L. Calderon, were at the time of the filing of the Petition, justly and truly indebted to the movant in the sum of $12,523.94 plus interest at the rate of 12.45% per annum from March 19, 2019, until paid on the 2014 Chevrolet Impala VIN: 2G1WA5E37E1150151.

5. Said obligation to this movant is co-signed by Sophia B. Fierro. Accordingly, to the extent that this plan filed by the Debtor(s) fail to pay such claim, including contractual interest on the amount of movant's allowed unsecured claim over the duration of the Debtor(s) Plan, movant is entitled to relief from the §1301 codebtor stay to the extent necessary to collect this unpaid portion of its claim.

C19-7101   DMO/LMS

WHEREFORE, movant prays for an Order granting relief from the §1301 Codebtor Stay and the automatic stay is further terminated to allow the Creditor to send to the Debtor(s) and/or any co-debtor(s) protected by the stay under 11 U.S.C. Sections 1301, any and all notices required by state and/or federal law, regulation or statute.

Reimer Law Co.


By: /s/ Dennis M. Ostrowski
Dennis M. Ostrowski (18099-10)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com

## **CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court:

1.  Office of the U.S. Trustee at (registered address)@usdoj.gov

2.  Joseph M. Black Jr. on behalf of the Chapter 13 Trustee's office at jmbecf@trustee13.com

3.  Julie Ann O'Bryan, Esq. on behalf of Rose L. Calderon, Debtor, at julieannobryan@obryanlawoffices.com

    And by separate envelope by regular U.S. mail, postage prepaid, to:

1.  Rose L. Calderon, Debtor
    2918 Heather Drive
    Jeffersonville, IN 47130

3.  Sophia B. Fierro, Co-Debtor
    733 S 16th Avenue
    Caldwell, ID 83605-4230

Reimer Law Co.


By: /s/ Dennis M. Ostrowski
Dennis M. Ostrowski (18099-10)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:  CHAPTER 13
    ROSE L. CALDERON  BANKRUPTCY NO. 18-90280

    Debtor

### NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On <u>March 19, 2019,</u> Ally Financial Inc., filed a Motion to Terminate Co-Debtor Stay, asking the court to terminate the co-debtor stay on the 2014 Chevrolet Impala  VIN: 2G1WA5E37E1150151 from the estate. In support of the relief requested, the motion states that the secured creditor has a valid lien on the above collateral and wishes to repossess and sell the above collateral because the debtor(s) are in breach of contract and have not made timely payments and the account is in arrears and thus the secured creditor is not adequately protected. If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, then within fourteen (14) days from the date this Notice is served, you or your attorney must:

1.    File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

U. S. Bankruptcy Court
New Albany Division
110 U.S. Courthouse
121 West Spring Street
New Albany, IN  47150

If your mail your objection, you must mail it early enough so that it will be **received** by the date it is due.

2.    You must also mail a copy of your objection to:

Dennis M. Ostrowski
9300 Shelbyville Rd., Suite 1000
Louisville, KY 40222
Counsel for Movant

Joseph M. Black Jr.
P.O. Box 846
Seymour, IN 47274
Trustee

Julie Ann O'Bryan, Esq.
1717 Alliant Ave, Suite 17
Louisville, KY  40299
Counsel for Debtor

Sophia B. Fierro
733 S 16th Avenue
Caldwell, ID 83605-4230
Co-Debtor

  If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing.  If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Date: March 19, 2019

Reimer Law Co.


By: /s/ Dennis M. Ostrowski
Dennis M. Ostrowski (18099-10)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com

## **CERTIFICATE**

This is to certify that a true and accurate copy of the Notice of Motion and Opportunity to Object was served on all creditors and other parties in interest electronically or by placing a copy in the U.S. Mail on _____3/19/19_____ at the address listed below or attached hereto:

      Office of the U.S. Trustee at (registered address)@usdoj.gov

      Joseph M. Black Jr. on behalf of the Chapter 13 Trustee's office at jmbecf@trustee13.com

      Julie Ann O'Bryan, Esq. on behalf of Rose L. Calderon, Debtor, at julieannobryan@obryanlawoffices.com

      And by separate envelope by regular U.S. mail, postage prepaid, to:

      Rose L. Calderon, Debtor
      2918 Heather Drive
      Jeffersonville, IN 47130

      Sophia B. Fierro, Co-Debtor
      733 S 16th Avenue
      Caldwell, ID 83605-4230

Reimer Law Co.


By: /s/ Dennis M. Ostrowski
Dennis M. Ostrowski (#18099-10)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-638-4961
502-992-1210 – fax
Reimer.ecf@reimerlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-4<br>Case 18-90280-BHL-13<br>Southern District of Indiana<br>New Albany<br>Tue Mar 19 09:33:29 EDT 2019 | AT&T Mobility<br>P.O. Box 6416<br>Carol Stream, IL 60197-6416 | Account Assure<br>P.O. Box 740237<br>Atlanta, GA 30374-0237 |
| Advantage Financial Services<br>Attn: Bankruptcy<br>10 S Cole Rd<br>Boise, ID 83709-0930 | Ally Financial<br>Attn: Bankruptcy<br>PO Box 380901<br>Bloomington, MN 55438-0901 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | Baptist Health Floyd<br>Credit Bureau Systems, Inc<br>PO Box 9200<br>Paducah, KY 42002-9200 |
| Baptist Health Floyd<br>P.O. Box 896171<br>Charlotte, NC 28289-6171 | Joseph M. Black Jr.<br>Office of Joseph M. Black, Jr.<br>PO Box 846<br>Seymour, IN 47274-0846 | Bonneville Collections<br>PO Box 150621<br>Ogden, UT 84415-0621 |
| CBS Collection Paducah<br>PO Box 9200<br>100 Fulton Ct<br>Paducah, KY 42001-9004 | Rose L. Calderon<br>2918 Heather Dr.<br>Jeffersonville, IN 47130-7215 | Capital One<br>Attn: General Correspondence/Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Auto Finance<br>Attn: General Correspondence/Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance, a division of Capi<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, c/o AIS Portfolio<br>P.O. Box 4360<br>Houston, TX 77210-4360 |
| (p)CHOICE RECOVERY INC<br>1550 OLD HENDERSON ROAD<br>STE 100<br>COLUMBUS OH 43220-3662 | Clark Memorial Hospital<br>P.O. Box CS10<br>Jeffersonville, IN 47131-0600 | Collection Bureau Inc.<br>P.O. Box 1219<br>Nampa, ID 83653-1219 |
| Comenity Bank/Lane Bryant<br>P.O. Box 659728<br>San Antonio, TX 78265-9728 | (p)SECURITY FINANCE CENTRAL BANKRUPTCY<br>P O BOX 1893<br>SPARTANBURG SC 29304-1893 | Continental Loans<br>Sfc Centralized Bankruptcy/Continental L<br>PO Box 1893<br>Spartanburg, SC 29304-1893 |
| Convergent Outsourcing, Inc<br>PO Box 9004<br>Renton, WA 98057-9004 | Convnient Loan<br>Royal Management<br>PO Box 1947<br>Boerne, TX 78006-6947 | Credence Resources Management<br>P.O. Box 2390<br>Southgate, MI 48195-4390 |
| Credit Collection Services<br>Payment Processing Center<br>PO Box 55126<br>Boston, MA 02205-5126 | Credit Collections Services<br>Attention: Bankruptcy<br>725 Canton Street<br>Norwood, MA 02062-2679 | Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 |

| | | |
|---|---|---|
| First National Collection Bureau, Inc.<br>FNCB<br>PO Box 51660<br>Sparks, NV 89435-1660 | First Savings Bank<br>PO Box 5096<br>Sioux Falls, SD 57117-5096 | Firstsource Advantage<br>P.O. Box 628<br>Buffalo, NY 14240-0628 |
| (p)G L A COLLECTION CO INC<br>PO BOX 588<br>GREENSBURG IN 47240-0588 | Gentry Financial Group, LLC<br>Attn: Bankruptcy<br>455 Rice Rd, Ste 101<br>Tyler, TX 75703-3604 | Javitch Block LLC<br>1100 Superior Avenue, 19th Floor<br>Cleveland, OH 44114-2521 |
| Julie Ann O'Bryan<br>O'Bryan Law Offices, P.S.C.<br>1717 Alliant Avenue, Suite 17<br>Louisville, KY 40299-6302 | LVNV Funding, LLC its successors and assigns<br>assignee of Santander Consumer USA<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding/Resurgent Capital<br>PO Box 10497<br>Greenville, SC 29603-0497 |
| Lab Corp of America<br>P.O. Box 2240<br>Burlington, NC 27216-2240 | Louisville & S. Indiana Pulmonary<br>4402 Churchman Avenue, Suite 409<br>Louisville, KY 40215-3102 | Lung and Sleep Specialist LLC<br>P.O. Box 950173<br>Louisville, KY 40295-0173 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 | Merchants Credit Guide<br>223 West Jackson Boulevard, Suite 700<br>Chicago, IL 60606-6914 |
| Midland Credit Management<br>P.O. Box 2001<br>Warren, MI 48090-2001 | Monarch Recovery Management, INC<br>P.O. Box 986<br>Bensalem, PA 19020-0986 | Monroe & Main<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| Monroe And Main<br>1112 Seventh Ave.<br>Monroe, WI 53566-1364 | NCB Management Services, Inc.<br>One Allied Drive<br>Trevose, PA 19053-6945 | Julie A. O'Bryan<br>O'Bryan Law Offices, P.S.C.<br>1717 Alliant Ave<br>Ste 17<br>Louisville, KY 40299-6302 |
| Patenaude & Felix<br>4545 Murphy Canyon Road<br>San Diego, CA 92123-4363 | Pennyrile Collection<br>PO Box 965<br>Hopkinsville, KY 42241-0965 | (p)PHYSICIANS PRIMARY CARE<br>1902 ARNOLD PALMER BLVD<br>LOUISVILLE KY 40245-5206 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | RGS Financial<br>P.O. Box 852039<br>Richardson, TX 75085-2039 | Radiology Assoc.<br>PO Box 36370<br>Dept. 53102<br>Louisville, KY 40233-6370 |
| Radiology Associates<br>P.O. Box 36370, Dept. 53102<br>Louisville, KY 40233-6370 | Receivables Outsourcing LLC<br>P.O. Box 62850<br>Baltimore, MD 21264-2850 | Rep/Build Card<br>PO Box 9203<br>Old Bethpage, NY 11804-9003 |

| | | |
|---|---|---|
| SFC Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C. 29304-1893 | Sequium Asset Solutions<br>1130 Northchase Parkway, Suite 150<br>Marietta, GA 30067-6429 | D. Anthony Sottile<br>Sottile & Barile, Attorneys at Law<br>P.O. Box 476<br>Loveland, OH 45140-0476 |
| Stenger & Stenger<br>2618 East Paris Avenue SE<br>Grand Rapids, MI 49546-2458 | Synchrony Bank/Chevron<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Target<br>C/O Financial & Retail Srvs<br>Mailstopn BT POB 9475<br>Minneapolis, MN 55440-9475 | Target Card Services<br>P.O. Box 660170<br>Dallas, TX 75266-0170 | Terry Reilly Health Services<br>PO Box 9<br>Nampa, ID 83653-0009 |
| The Build Card<br>P.O. Box 660269<br>Dallas, TX 75266-0269 | Tribute/Atlanticus<br>PO Box 105555<br>Atlanta, GA 30348-5555 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 |
| U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 | West Asset Management<br>P.O. Box 790113<br>Saint Louis, MO 63179-0113 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Choice Recovery Inc<br>1550 Old Henderson Rd Ste 100<br>Columbus, OH 43220 | Continental Loans<br>920 Blaine St<br>Caldwell, ID 83605 | GLA Collection Company<br>PO Box 7728<br>Dept #2<br>Lousiville, KY 40257 |
| Physicians Primary Care<br>1804 E 10th Street<br>Jeffersonville, IN 47130 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Capital One Auto Finance, a division of Ca | End of Label Matrix<br>Mailable recipients    73<br>Bypassed recipients     1<br>Total                   74 |